Case Name: VENEGAS, ROSE
Case No:    07-70186

# **CERTIFICATION OF REVIEW**

The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: 3/7/08                     WILLIAM T. NEARY
                                  United States Trustee, Region 11


                          BY:     *CAROLE J. RYCZEK*
                                  CAROLE J. RYCZEK
                                  Attorney for the U.S. Trustee