## UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| IN RE:<br>VENEGAS, ROSE E<br><br>Social Security/Employer Tax ID Number:<br>xxx-xx-0719 13-7571985<br>    Debtor(s) | CHAPTER 7 -- Liquidation<br><br>CASE NO. 07-70186 MB<br><br>HONORABLE MANUEL BARBOSA |
|---|---|

### NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)

TO ALL CREDITORS:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held by the undersigned judge at the U.S. BANKRUPTCY COURT, 211 South Court, Rockford, IL 61101, on ___April 2, 2008___ at 9:30 a.m.

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES NOW REQUESTED |
|---|---|---|---|
| JOSEPH D. OLSEN<br>Trustee | 0.00 | 1,625.62 | |
| JOSEPH D. OLSEN<br>Trustee | 0.00 | | 22.50 |

4. The Trustee's Final Report shows total:

    a. Receipts      $_____8,756.20

    b. Disbursements      $_____0.00

    c. Net Cash Available for Distribution      $_____8,756.20

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens and priority claims which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00, which leaves a total amount of $7,108.08, to be distributed to general unsecured creditors whose claims have been allowed in the total amount of $79,088.04.

6. The debtor has been discharged.

7. The Trustee proposed to abandon the following property at the hearing:

_____12/6/07_____           _____s/s Joseph D. Olsen_____
DATE

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

0186   Doc 50   Filed 03/11/08   Entered 03/14/08 00:04:09   Desc Imaged
Certificate of Service   Page 3 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-3          User: cbachman              Page 1 of 2           Date Rcvd: Mar 11, 2008
Case: 07-70186                Form ID: pdf002             Total Served: 48


The following entities were served by first class mail on Mar 13, 2008.
db           +Rose E Venegas,    127 West Rand Road,    Lakemoor, IL 60051-8745
aty          +Erick Bohlman,    Bohlman Law Offices, PC,    111 South Virginia Street,
               Crystal Lake, IL 60014-5853
tr           +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
11148243     +Amcore Bank N A,    501 7th St,    Rockford, IL 61104-1299
11235962     +American Express,    Box 0001,    Los Angeles, CA 90096-8000
11573909      American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
11194755     +American Express Travel Related Svcs Co Inc,    Corp Card,   % Becket & Lee,    PO Box 3001,
               Malvern, PA 19355-0701
11235963     +Beneficial,    PO Box 17574,    Baltimore, MD 21297-1574
11235964     +Brinks Home Security,    PO Box 70834,    Charlotte, NC 28272-0834
11148245    ++++CBE GROUP,    131 TOWER PARK DR STE 100,    WATERLOO IA 50701-9588
               (address filed with court:  Cbe Group,     131 Towe Park Dr Suite 1,    Waterloo, IA 50702)
11148244     +Cap One Bk,    Po Box 85520,    Richmond, VA 23285-5520
11655733     +Capital One Bank,    c/o Tsys Debt Management,    Po Box 5155,    Norcross, GA 30091-5155
11235965     +Certified Survey Co,    315 So Northwest Hwy #50,    Park Ridge, Il 60068-4237
11148246     +Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
11513110      Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    PO Box 3978,    Seattle, WA 98124-3978
11573440     +Chase Bank USA,N.A.,    c/o Creditors Bankruptcy Service,    P O Box 740933,
               Dallas, Tx 75374-0933
11235967     +Country Insurance & Financial SRVCS,    Po Box 2020,    Bloomington, Il 61702-2020
11235968     +Eugene F Ingles DDS,    66 So Old Rand Rd,    Lake Zurich, Il 60047-6301
11148247     ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
               (address filed with court: Fifth Third Bank,     Fifth Third Center,    Cincinnati, OH 45263)
11235969     +Foxx Heating & Coolings Inc,    35910 N Hunt Ave,    Ingleside, Il 60041-9174
11148248     +Harris Bank,    1712 N Richmond Rd,    Mchenry, IL 60051-5414
11148249     +Hfc,    Po Box 1547,    Chesapeake, VA 23327-1547
11148250     +Hfc - Usa,    Pob 1547,    Chesapeake, VA 23327-1547
11148251     +Hsbc/Mnrds,    90 Christiana Rd,    New Castle, DE 19720-3118
11235970     +Imagistics International Inc,    Po Box 856193,    Louisville, KY 40285-6193
11148252     +Jamie Donilla,    1800 S Mark lane,    Round Lake, IL 60073-4289
11235971     +Kelly & Yvonne Cassa,    610 Prairieview Pkwy,    Hampshire, Il 60140-9656
11148253     +Kohls/Chase,    N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-5660
11148254     +Lisa Valance,    25590 W. Hwy 134,    Ingleside, IL 60041-8657
11235972     +Mary Nader,    Mohr Bruce Nader Hirsch & Hill,    3402 W Elm St,    McHenry, Il 60050-4433
11148256     +Nicor Gas,    1844 Ferry Road,    Naperville, IL 60563-9600
11235973     +OCE Imagistics Inc,    PO Box 856193,    Louisville, KY 40285-6193
11235974     +Pitney Bowes Credit Corp,    27 Waterview Dr,    Shelton, CT 06484-4361
11148257     +Rock Construction,    328 W. Rand Road,    Mchenry, IL 60051-8707
11235975     +Roth Melei & Santeler,    454 W Virginia St,    Crystal Lake, Il 60014-5966
11166044     +SST, Inc.,    PO BOX 3999,    St. Joseph, MO 64503-0999
11148258     +Sst/Jpmc,    4315 Pickett Rd,    Saint Joseph, MO 64503-1600
11148259     +Tbf Financial Llc,    520 Lake Cook Rd Ste 510,    Deerfield, IL 60015-4900
11148260     +Tbffin,    520 Lake Cook Rd  Ste 510,    Deerfield, IL 60015-4900
11235976     +Terminix,    PO Box 742592,    Cincinnati, OH 45274-2592
11148261     +Thd/Cbsd,    Po Box 6003,    Hagerstown, MD 21747-6003
11235977     +Timothy P Whelan Law Assoc,    1200 Roosevelt Rd Ste 150,    Glen Ellyn, Il 60137-7807
11148262     +Unique National Collec,    119 E Maple St,    Jeffersonville, IN 47130-3439
11666926      eCAST Settlement Corporation assignee of,    Household Finance Corporation/Beneficial,    POB 35480,
               Newark NJ 07193-5480
11194754     +eCast Settlement Corporation,    PO Box 35480,    Newark NJ 07193-5480

The following entities were served by electronic transmission on Mar 12, 2008.
11603256      E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC its successors and assigns as,    assignee of Citibank USA,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
11668499     +E-mail/PDF: bankruptcyverizonwireless@afninet.com Mar 12 2008 05:03:21
               Verizon Wireless Midwest,    AFNI/Verizon Wireless,    PO Box 3397,    Bloomington, Il 61702-3397
11148263     +E-mail/PDF: bankruptcyverizonwireless@afninet.com Mar 12 2008 05:02:18     Verizon Wireless/Great,
               1515 Woodfield Rd Ste140,    Schaumburg, IL 60173-6046
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11148255      Lisa Valencie
aty*         +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
11235966*    +Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
11501713*    +eCast Settlement Corporation,    PO Box 35480,    Newark, NJ 07193-5480
                                                                                           TOTALS: 1, * 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

```
District/off: 0752-3        User: cbachman         Page 2 of 2           Date Rcvd: Mar 11, 2008
Case: 07-70186              Form ID: pdf002        Total Served: 48

            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 13, 2008**                    **Signature:**      *Joseph Speetjens*